UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALBERT GRAYER | * | CIVIL ACTION NO: 24-663-SDD-RLB |
| | * | |
| v. | * | JUDGE SHELLEY DICK |
| ANDREW CUPIL; and | | |
| STATE OF LOUISIANA THROUGH | * | MAGISTRATE JUDGE |
| LOUISIANA DEPARTMENT OF | * | RICHARD BOURGEGOIS |
| PUBLIC SAFETY AND CORRECTIONS | * | STATE OF LOUISIANA |

**********************************************

**ORDER ADJUDICATING**
**PLAINTIFF'S MOTION TO REMAND**

CONSIDERING the *Plaintiff's Motion to Remand*, the motion is hereby ___________.

Specifically, this action is remanded to the 20th Judicial District Court bearing docket number 48173 Div B in and for the East Feliciana Parish, State of Louisiana

Baton Rouge, Louisiana, this ___ day of __________________, 2024.

____________________________________
Judge Shelley Dick