UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALBERT GRAYER

VERSUS

ANDREW CUPIL, ET AL

CIVIL ACTION

24-663-SDD-RLB

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated January 28, 2025, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Remand[3] is DENIED.

Signed in Baton Rouge, Louisiana the 18 day of February, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 13.
[2] Rec. Doc. 23.
[3] Rec. Doc. 13.