UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALBERT GRAYER | * | CIVIL ACTION NO: 24-663-SDD-RLB |
| | * | |
| v. | * | JUDGE SHELLEY DICK |
| ANDREW CUPIL; and | | |
| STATE OF LOUISIANA THROUGH | * | MAGISTRATE JUDGE |
| LOUISIANA DEPARTMENT OF | * | RICHARD BOURGEGOIS |
| PUBLIC SAFETY AND CORRECTIONS | * | STATE OF LOUISIANA |

**********************************************

**MOTION TO COMPEL**
**RULE 37.1 CERTIFICATE ON MOTION TO COMPEL**

NOW INTO COURT, through undersigned counsel, comes the Plaintiff, who, pursuant to, FRCP 26 and 37 , respectfully represent and I do hereby certify as follows:

1.

On October 29, 2024, Plaintiffs provided the 26(a) Disclosure.[1]

2.

On November 6, 2024, ALBERT GRAYER propounded Plaintiff's First Interrogatories and Request for Production of Documents.[2]

3.

Due to the stay in discovery RD 12, the Defendants have refused to respond to the outstanding discovery .[3]

4.

On December 19, 2024, Plaintiff sent a 37.1 letter by email and fax requesting a 37.1 conference, no response .[4]

5.

On January 17, 2025, Plaintiff sent a 37.1 letter by email and fax requesting a 37.1

---

[1] Ex.1 Defendants 26(a).

[2] Ex.2 Discovery Propounded to Defendants

[3] Ex. 3 Stay Order

[4] Ex. 4 Letter sent email and fax 12-19-24.

conference, no response. [5]

6.

On March 17, 2025, Plaintiff sent a 37.1 letter by email and fax requesting a 37.1 conference, no response .[6]

7.

On March 26, 2025, Plaintiff sent a 37.1 letter by email and fax requesting a 37.1 conference, no response .[7]

8.

On April 7, 2025 Plaintiff sent a 37.1 letter by email and fax requesting a 37.1 conference, no response .[8]

9.

Repeated efforts have been made since November 6, 2024 to obtain the response to Plaintiff's First Interrogatories and Request for Production of Documents.

Respectfully submitted:

s/ Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX (225) 769-1997
dgrodner@grodnerlaw.com

CERTIFICATE

I hereby certify that on July 1, 2025, a copy of the foregoing was filed and served electronically with the Clerk of Court using the CM/ECF system.

s/Donna Grodner
Donna U. Grodner (20840)

[5] Ex. 5 Letter sent email and fax 1-17-25.

[6] Ex. 6 Letter sent email and fax 3-17-25.

[7] Ex. 7 Letter sent email and fax 3-26-25.

[8] Ex. 8 Letter sent email and fax 4-7-25.