UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALBERT GRAYER | * | CIVIL ACTION NO: 24-663-SDD-RLB |
| | * | |
| v. | * | JUDGE SHELLEY DICK |
| ANDREW CUPIL; and | | |
| STATE OF LOUISIANA THROUGH | * | MAGISTRATE JUDGE |
| LOUISIANA DEPARTMENT OF | * | RICHARD BOURGEGOIS |
| PUBLIC SAFETY AND CORRECTIONS | * | STATE OF LOUISIANA |

**************************************************

**DECLARATION OF ALBERT GRAYER**

I, ALBERT GRAYER, do declare under penalty of perjury that the facts found in my Petition and ARP are true and correct under penalty of perjury.

I have reviewed the video in this matter and found the following is scene on the video:

Angle 2-Bullpen Holding Cage
00:30 Albert Grayer is seen entering the Bull Pen holding cage area with another inmate and begins to walk out the door.
00:36 Albert Grayer walks back to the Bull Pen and speaks with MSgt. Cami Jones because she appears to be yelling at him.
00:40 Albert Grayer walks out the door of the Bull Pen holding cage area.
00:42 Albert Grayer is pulled back inside by Msgt. Jones and Major Andrew Cupil.
00:45 After Albert Grayer is pulled back in the Bull Pen Holding Cage area Maj. Cupil pulls out his can of spray and appears to point it at Albert Grayer.
*At this time, Albert Grayer is no longer in view of camera labeled Angle 2- Bullpen Holding Cage
Angle 1- Bullpen Holding Cage
00:30 Albert Grayer is seen entering the Bull Pen holding cage area with another inmate and begin to walk out the door.
00:36 Albert Grayer walks back to the Bull Pen and speaks with Msgt. Cami Jones because she appears to be yelling at him.
00:40 Albert Grayer walks out the door of the Bull Pen holding cage area.
00:42 Albert Grayer is pulled back inside by Msgt. Jones and Major Andrew Cupil.
00:45 After Albert Grayer is pulled back in the Bull Pen Holding Cage area Maj. Cupil pulls out his can of spray and threatens to spray him with it.
00:47 Albert Grayer is standing against the wall while Maj. Cupil tries to open the cage and continues to yell at Albert Grayer.

Albert Grayer [signature]
Albert Grayer

00:54 Maj. Cupil opens the cage and then turns around and hits Albert Grayer.
00:56 Maj. Cupil hits Albert Grayer in the face and head and continues to hit him while Maj. Cyce Hollier comes behind Albert Grayer and begins to pull him [Albert Grayer] away from the hold that Maj. Cupil had on him.
01:04 Other guards come and try to separate Maj. Cupil from Albert Grayer.
01:15 Maj. Cupil comes back and appears to yell at Albert Grayer more while he's standing against the wall.
01:19 Maj. Cupil is made to leave with other guards while Warden Haley puts Albert Grayer in the cage.
01:25 Everyone leaves and Albert Grayer stays in the cage.

Albert Grayer

Albert Grayer

7/10/26

Date