DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
STATE OF LOUISIANA
DIXON CORRECTIONAL INSTITUTE

JEFF M. LANDRY
GOVERNOR

SECRETARY

Certification of Records
******************

Medical Records
Dixon Correctional Institute
PO Box 788
Jackson, Louisiana 70748
East Feliciana Parish

RE: Albert Grayer
DOC # 389690

To Whom It May Concern:

This is to certify that the attached is a true and complete copy of the medical records described in your request. These records were prepared by the personnel of this facility, medical staff members, or persons acting under the control of either, in the ordinary course of this facility's business. These copies were prepared by the personnel of Dixon Correctional Institute.

7-11-25
Date

Taylor Richardson
Ex-Officio Notary
ID # 365929

EXHIBIT
3

**DIXON CORR INST**
5568 Highway 68 Jackson, LA 70748
Fax:



**ALBERT A GRAYER**
Male DOB: [redacted]

00389690

DOC ID#: 00389690

**02/05/2024 - Sick Call: Symptom Based Sick Call : altercation with officer**
**Provider: Harriet James, LPN**
**Location of Care: DIXON CORR INST**

02/05/2024 10:31 AM

## Encounter Context

**Facility at time of evaluation:** DIXON CORR INST
**Age at Time:** 45 Years Old
DOC ID#: 00389690

## Current Vital Signs

**Previous Height:** 72 12/19/2023
**Previous Weight:** 174 12/19/2023

**BMI:** 23.68

**Sitting BP:** 131 / 78
**Temperature:** 97.7 **Temperature site:** Temporal
**Pulse rate:** 80 **Pulse rhythm:** Regular
**Respirations:** 17 **Respiration Type:** Regular
**Pulse Ox%** 100 **Room Air:** Yes

## Subjective

**Sick Call Type:** Medical
**Sick Call Received:** 02/05/2024
**Triage Type** Face to Face Assessment
**Sick Call Type Description:** altercation with officer

## Objective

## Assessment

**Active Problems:** Chest pain, intermittent (ICD-786.50) (ICD10-R07.89), Retinal lattice degeneration, bilateral (ICD-362.63) (ICD10-H35.413), Cataract, nuclear, bilateral (ICD-366.04) (ICD10-H26.8), Temporal lobe epilepsy (ICD-345.40) (ICD10-G40.209).
**Additional Information Pertaining to Assessment:** offender seen in infirmary after altercation with officer offender c/o pain/discomfort to left forehead area two small red spots noted above eye small abrasion to top of nose noted and offender also c/o tenderness to inner bottom lip small laceration noted no bleeding at this time offender able to MAE without difficulty upon assessment also offender says he has an old injury to his right hand with no new c/o related. offender given 650mg tylenol by mouth for pain tol well offender ambulates with steady gait released to security in stable condition.

## Plan

exposure technique was utilized for dose reduction. Coronal and sagittal reconstructions were made. There is preservation of the vertebral body heights. There is diffuse cervical spondylosis with left foraminal stenoses at C5-C6 and C6-C7. There is no fracture or subluxation. Facet joints are in alignment. Prevertebral soft tissues are normal.

Cervical spondylosis with left foraminal stenoses at C5-C6 and C6-C7. No acute findings.

CT Head without Contrast

Result Date: 2/6/2024
CT HEAD WO CONTRAST HISTORY: head trauma, worsening seizures since FINDINGS: Axial images were obtained from the base of the skull to the vertex without the administration of intravenous contrast. Automated exposure technique was utilized for dose reduction. There is normal gray-white differentiation. There is no hemorrhage, mass, or midline shift. The ventricular size is normal. There is no extra-axial fluid collection. No infarct. The calvarium is intact. Mucosal thickening in the ethmoid and sphenoid sinuses.

Normal CT head without contrast. Paranasal sinus mucosal inflammatory changes.

**ED Course as of 02/11/24 0023**
**Sat Feb 10, 2024**

| | |
|---|---|
| 1804 | Dispo pending CT scan and CMP. Anticipate patient will be discharged back to prison. [CB] |
| 1841 | CMP hemolyzed on first two attempts. Will try again [JW] |
| 1934 | Unfortunately, patient's CMP has been reported as hemolyzed on 3 attempts now. Spoke with Chemistry lab. First stick hemolyzed with Na 138, Ca 8. Repeat stick Na 142, Ca 6.4. 3rd stick Na 144, Ca was 3.8. Calcium and sodiums should not be affected by hemolysis and pt is not getting anything in his IVs to explain wash out, etc. [JW] |
| 2007 | 4th specimen obtained for CMP. Confirmed straight stick, on opposite arm as the IV. [JW] |
| 2021 | ABG shows ionized calcium within normal limits. Potassium low at 3.3, sodium 110 [KJ] |
| 2040 | Calcium: 8.9 [JW] |
| 2041 | Sodium: 140 [JW] |

**ED Course User Index**
[CB] Bancroft, Conner, MD
[JW] Wright, Jamie L, MD
[KJ] Jeffrey, Kayleigh, DO

**DR. JAMIE WRIGHT ATTENDING ATTESTATION:**
I saw and examined patient independently of the resident/midlevel. I agree with their history and physical exam.
I agree with and helped guide the plan/disposition.
Labs and imaging were reviewed personally, if obtained.
45-year-old prisoner who presented after seizure-like activity. Does have a history of seizures and is supposed

**ED Provider Note (continued)**

to be on Keppra and Vimpat. Loaded with Keppra prior to sending to our facility. Reportedly had a head injury 3 to 4 days ago after being assaulted, and has had increased seizure since then. CT head reassuring today however. He had a somewhat prolonged ED stay due to multiple problems obtaining his CMP, but eventually able to obtain a reliable specimen which was reassuring. Ok to dc back to jail with instructions to continue his prescriptions for vimpat and keppra.

**Medical Decision Making**

Differential includes, but is not limited to, breakthrough seizure, medication noncompliance, PNES, etc. I have a high suspicion that patient could be suffering breakthrough seizure secondary to recent head trauma as this can lower the seizure threshold. Keppra level found to be within normal limits, so he was not reloaded with Keppra. He did receive 50 mg IV Vimpat as this lab is a send out, so it is unclear if he is taking this medication or not. No obvious signs of trauma but patient did state he struck his head so CT of the head was obtained.

Problems Addressed:

Breakthrough seizure (HCC): acute illness or injury

Amount and/or Complexity of Data Reviewed

Labs: ordered. Decision-making details documented in ED Course.
Radiology: ordered.

Disease Specific Documentation

**Diagnosis**

1. **Breakthrough seizure (HCC)**

**Disposition and Plan**

Discharge

**Discharge Medication List as of 2/10/2024 8:34 PM**

**Things you need to do**

Go to Prison Infirmary
As needed, If symptoms worsen
Go to Our Lady of the Lake Regional Medical Center - Emergency Department
As needed, If symptoms worsen
Phone: 225-765-1996
Where: 5000 HENNESSY BLVD, BATON ROUGE LA 70808-4375

# DIXON CORRECTIONAL INSTITUTE

## ACCIDENT & INCIDENT REPORT

### TO BE COMPLETED BY OFFICER OR WORK SUPERVISOR

DATE: 2/10/24 TIME OF ACCIDENT/INCIDENT:

NAME: Albert Gray NUMBER: 389690 DORM: CBC

OFFENDER WORK ASSIGNMENT: Unassigned

LOCATION OF ACCIDENT/INCIDENT: CBC

DESCRIPTION OF ACCIDENT: Possible seizure

WITNESSED BY: UNWITNESSED: KW

Employee Name

### TO BE COMPLETED BY MEDICAL PERSONNEL

TIME ARRIVED: 1030 A ARRIVED BY: Maj. M. McClendon

INJURY/COMPLAINT:

ASSESSMENT/TREATMENT: 142/91, 99%, 98.1, 85

10:37 Seized for 45 seconds 10:56 for 40 secs.

See EHR SP/SZ

### TO BE COMPLETED BY OFFENDER

OFFENDER'S STATEMENT:

OFFENDER'S SIGNATURE: NUMBER:

Copies to: Medical Record · Control Center - Altercations ONLY Business Office - Moving Vehicle Accidents ONLY+

to be on Keppra and Vimpat. Loaded with Keppra prior to sending to our facility. Reportedly had a head injury 3 to 4 days ago after being assaulted, and has had increased seizure since then. CT head reassuring today however. He had a somewhat prolonged ED stay due to multiple problems obtaining his CMP, but eventually able to obtain a reliable specimen which was reassuring. Ok to dc back to jail with instructions to continue his prescriptions for vimpat and keppra.

**Medical Decision Making**

Differential includes, but is not limited to, breakthrough seizure, medication noncompliance, PNES, etc. I have a high suspicion that patient could be suffering breakthrough seizure secondary to recent head trauma as this can lower the seizure threshold. Keppra level found to be within normal limits, so he was not reloaded with Keppra. He did receive 50 mg IV Vimpat as this lab is a send out, so it is unclear if he is taking this medication or not. No obvious signs of trauma but patient did state he struck his head so CT of the head was obtained.

Problems Addressed:

Breakthrough seizure (HCC): acute illness or injury

Amount and/or Complexity of Data Reviewed

Labs: ordered. Decision-making details documented in ED Course.
Radiology: ordered.

Disease Specific Documentation

**Diagnosis**

1. **Breakthrough seizure (HCC)**

**Disposition and Plan**

Discharge

**Discharge Medication List as of 2/10/2024 8:34 PM**

**Things you need to do**

Go to Prison Infirmary
As needed, If symptoms worsen
Go to Our Lady of the Lake Regional Medical Center - Emergency Department
As needed, If symptoms worsen
Phone: 225-765-1996
Where: 5000 HENNESSY BLVD, BATON ROUGE LA 70808-4375

exposure technique was utilized for dose reduction. Coronal and sagittal reconstructions were made. There is preservation of the vertebral body heights. There is diffuse cervical spondylosis with left foraminal stenoses at C5-C6 and C6-C7. There is no fracture or subluxation. Facet joints are in alignment. Prevertebral soft tissues are normal.

Cervical spondylosis with left foraminal stenoses at C5-C6 and C6-C7. No acute findings.

CT Head without Contrast

Result Date: 2/6/2024
CT HEAD WO CONTRAST HISTORY: head trauma, worsening seizures since FINDINGS: Axial images were obtained from the base of the skull to the vertex without the administration of intravenous contrast. Automated exposure technique was utilized for dose reduction. There is normal gray-white differentiation. There is no hemorrhage, mass, or midline shift. The ventricular size is normal. There is no extra-axial fluid collection. No infarct. The calvarium is intact. Mucosal thickening in the ethmoid and sphenoid sinuses.

Normal CT head without contrast. Paranasal sinus mucosal inflammatory changes.

**ED Course** as of 02/11/24 0021
**Sat Feb 10, 2024**

| | |
|---|---|
| 1804 | Dispo pending CT scan and CMP. Anticipate patient will be discharged back to prison. [CB] |
| 1841 | CMP hemolyzed on first two attempts. Will try again [JW] |
| 1934 | Unfortunately, patient's CMP has been reported as hemolyzed on 3 attempts now. Spoke with Chemistry lab. First stick hemolyzed with Na 138, Ca 8. Repeat stick Na 142, Ca 6.4. 3rd stick Na 144, Ca was 3.8. Calcium and sodiums should not be affected by hemolysis and pt is not getting anything in his IVs to explain wash out, etc. [JW] |
| 2007 | 4th specimen obtained for CMP. Confirmed straight stick, on opposite arm as the IV. [JW] |
| 2021 | ABG shows ionized calcium within normal limits. Potassium low at 3.3, sodium 110 [KJ] |
| 2040 | **Calcium: 8.9** [JW] |
| 2041 | **Sodium: 140** [JW] |

**ED Course User Index**
[CB] Bancroft, Conner, MD
[JW] Wright, Jamie L, MD
[KJ] Jeffrey, Kayleigh, DO

**DR. JAMIE WRIGHT ATTENDING ATTESTATION:**
I saw and examined patient independently of the resident/midlevel. I agree with their history and physical exam.
I agree with and helped guide the plan/disposition.
Labs and imaging were reviewed personally, if obtained.
45-year-old prisoner who presented after seizure-like activity. Does have a history of seizures and is supposed

Date: 4/24/2024

1:05 PM Dixon Correctional Institute. . . . . . .

Offender Name: ALBERT . GRAYER    Patient ID: 17342

DOC#: 00389690    SID#: [redacted]    DOB: [redacted]

Medical Record #    Request#: 394222    Appointment #: 858584

**Clinic/Specialty: Neurology**

**Evaluation**    **This section is for Provider's Use Only**

Reason for Specialty Consult/Visit: Albert Grayer (45 AM) - prior tonic clonic [illegible]
HCC [illegible] - history of seizure-like activity.
prior MRI/EEG ⊖ S - good control

Pertinent History and Physical Exam: Alert, attention, fluent speech
[illegible] - arms w/o [illegible] (5-5), [illegible]
[illegible] legs [illegible] [illegible] [illegible] (2-5 2), [illegible] [illegible] ↑
Pertinent Study Results: w/o [illegible] [illegible] S-SLR 90° bilat,
neg Romberg R-[illegible]

Medical Decision and Treatment Provided: Imp ① History of childhood onset
seizure disorder
- good control regarding
frequency

Impression:
- w/o dosage related side effects
from [illegible] / lacosamide

**Recommendations**    **This section for Provider's Use Only**

Recommended Medications: Rec ① Continue Keppra 1500mg bid
② Continue lacosamide 100mg bid

Recommended Treatment: ③ Neurology Clinic [illegible]

Recommended Tests/Studies:

[illegible signature]

Specialty follow up is not needed. Medical personnel at the offender's facility can provide care:

Date: 5/24/2024

7:00 AM Dixon Correctional Institute, . . . . . .

Offender Name: ALBERT . GRAYER    Patient ID: 17342

DOC#: 00389690    SID#: [redacted]    DOB: [redacted]

Medical Record #    Request#: 401546    Appointment #: 881223

**Clinic/Specialty: Orthopedics**

**Evaluation**    **This section is for Provider's Use Only**

Reason for Specialty Consult/Visit: F/u (R) hand s/p fx (R) 5th MC
c/o mild pain "5th knuckle"

Pertinent History and Physical Exam:
Exam ↓ bony contour distal 5th MC
Full ext w/ ~20° flex
E/F contact

Pertinent Study Results:

Medical Decision and Treatment Provided:

Impression: Prog. healed fx distal 5th MC
w/ ~20-25° volar angul
distal 5th MC

**Recommendations**    **This section for Provider's Use Only**

Recommended Medications:

Recommended Treatment: Rec: Full duty
F/u prn

Recommended Tests/Studies:

Specialty follow up is not needed. Medical personnel at the offender's facility can provide care: