# EXHIBIT B

**Datavant Release of Information**

Patient Name: Albert Grayer

Date of Birth: [redacted]

Medical Record #: 4298143

Court Case #: ____________

**CERTIFICATION OF RECORDS**

Enclosed are the medical records of Albert Grayer. Datavant is producing the records as the Health Insurance Portability and Accountability Act business associate of Our Lady of the Lake and pursuant to a subpoena or patient authorized request issued to Our Lady of the Lake. Please accept this document as certification of the records produced herewith. The records you requested are maintained by Our Lady of the Lake. The records produced herewith are accurate, complete, true, and correct copies of all records retrieved by Datavant from the Our Lady of the Lake medical records pursuant to your request.

_____ No records for dates requested

_____ No patient found

Number of pages: 1137

Includes billing records: yes / no

Number of Images/CDs: ________

Date: 4/21/2026

______________________

Datavant – Release of Information Vendor for

Our Lady of the Lake

datavant

Protect. Connect. Deliver.

datavant.com

**ED Notes by Provider (continued)**

**ED Provider Notes by Resident: Lambert, Hunter, MD at 2/6/2024 3:21 PM (continued)**

*Head trauma yesterday, worsening seizures, hx seizures, nad, aaox4*

Albert Grayer is a 45-year-old incarcerated male at Dixon Correctional Institute with PMH of HTN and seizure disorder who presents to the ED after 2 witnessed seizures. The patient reported being involved in an altercation yesterday with a prison guard and reports that he sustained a head injury to his left forehead (hit his head on the wall). The patient denied any loss of consciousness. After this altercation, the patient endorsed experiencing a seizure yesterday (patient reported he had not experienced any seizures in the past 2-3 years). The patient was also noted to have seizure this morning around 6 AM with reported tonic/clonic activity that lasted for approximately 3 minutes with noted brief postictal drowsiness with subsequent quick return to baseline. The patient does not note any trauma sustained during either of his two seizures, as he was resting/on the ground already prior to seizures occurring. He does note visual manifestations prior to seizure activity (seeing black spots) and also notes urinary/bowel incontinence and emesis during seizures. Per DCI medical personnel, the patient was given 100 mg Vimpat this morning after his seizure prior to being brought to the OLOL ED. The patient is currently prescribed Keppra 750 mg BID (however the patient has not taken this in the past ~3 months as he felt that it was not necessary due to adequate control of symptomatology) and Vimpat 100 mg BID. Per DCI medical, the patient also takes Norvasc 10 mg daily and losartan 100 mg daily for hypertension, however is not always compliant with his medications. The patient states to me that he does not take any antihypertensives. Of note, the patient was also involved in an altercation with another inmate on 1/26/2024 where he sustained a bite wound to the left shoulder/anterior chest and right hand injury. Per the patient, he was given a splint for his right hand. Per DCI medical personnel, imaging was ordered but not performed of his hand, however DCI medical did tell me that the patient received a tetanus vaccination on 1/26 after his altercation and did complete a 7-day course of Augmentin 875 mg BID. The patient does endorse currently having a headache that he describes as "pounding" in the back of his head and additionally endorses somnolence and lightheadedness. He does also endorse recently experiencing increased congestion, sore throat, and cough productive of green sputum. He denies any dizziness, visual manifestations, chest pain, shortness of breath, N/V/D, or abdominal pain.

Initial provider encounter has been performed in triage including HPI and initial orders. The patient will be placed in the room as soon as possible with definitive evaluation by another provider. Pt presents with worsening seizures since yesterday, had head trauma, last seizure this AM, GCS 15 now

PE- General: Awake and alert, NAD
HEENT: Atraumatic, normocephalic
Cardiac: Normal perfusion
Respiratory: no respiratory distress
Skin: warm and dry
Neuro: cognitive exam grossly intact
Msk: no obvious deformities
Vitals signs reviewed.

Ryan Watson, PA-C 3:21 PM

**Medical Decision Making**

Patient presented to the ED for evaluation after 2 witnessed seizures following a physical altercation at correctional facility. Patient with minor head trauma from altercation and reported having 2 subsequent seizure events. Confirmed/verified this history with medical personnel at Dixon Correctional Institute. Patient taking Vimpat 100 mg twice daily (not completely compliant) and Keppra 750 mg twice daily (largely noncompliant over the past 3 months). Patient received 100 mg dose of Vimpat prior to presentation to the ED. Keppra level obtained and is within lower end of therapeutic range (18.7). CT head/C-spine obtained given recent trauma. Normal CT head and CT C-spine with cervical spondylosis with left foraminal stenosis at C5-C6 and C6-C7, however no fractures/subluxations or other reported acute findings. Patient loaded with Keppra in the ED. ECG obtained and notable for sinus bradycardia and possible left anterior fascicular block. Given complaints of productive cough/sore throat/congestion, ordered CXR and flu/COVID and strep screen. Strep screen positive. Flu/COVID negative. CXR revealing clear lung fields and without any notable acute intrathoracic disease. Investigating traumatic injury to right hand with plain film imaging, revealing an acute comminuted traumatic fracture of the distal head of the fifth metacarpal and also a questionable nondisplaced fracture distal aspect of the proximal phalanx of the fifth finger. Orthopedic surgery consulted and orthopedics recommending ulnar gutter splint (which was placed prior to discharge and patient neurovascularly intact in RUE post-splint placement) for stabilization and follow-up with orthopedics in the outpatient setting (patient is an inmate at DCI, so will defer to DCI medical personnel for coordination of follow-up). Patient discharged with prescription for 10-day course of amoxicillin 500 mg BID for treatment of strep pharyngitis and also naproxen/acetaminophen as needed for pain. Patient encouraged to take Keppra and Vimpat as prescribed at DCI in order to prevent future seizures. Patient endorsed understanding of this.

Problems Addressed:
Productive cough: acute illness or injury
Right hand pain: acute illness or injury
Seizure (HCC): acute illness or injury
Strep pharyngitis: acute illness or injury

Amount and/or Complexity of Data Reviewed
Labs: ordered.
Radiology: ordered.
ECG/medicine tests: ordered. Decision-making details documented in ED Course.

Risk
OTC drugs.
Prescription drug management.

Disease Specific Documentation

**Diagnosis**

1. **Seizure (HCC)**
2. Right hand pain

| | |
|---|---|
| | patient will be discharged back to prison. [CB] |
| 1841 | CMP hemolyzed on first two attempts. Will try again [JW] |
| 1934 | Unfortunately, patient's CMP has been reported as hemolyzed on 3 attempts now. Spoke with Chemistry lab. First stick hemolyzed with Na 138, Ca 8. Repeat stick Na 142, Ca 6.4. 3rd stick Na 144, Ca was 3.8. Calcium and sodiums should not be affected by hemolysis and pt is not getting anything in his IVs to explain wash out, etc. [JW] |
| 2007 | 4th specimen obtained for CMP. Confirmed straight stick, on opposite arm as the IV. [JW] |
| 2021 | ABG shows ionized calcium within normal limits. Potassium low at 3.3, sodium 110 [KJ] |
| 2040 | **Calcium: 8.9** [JW] |
| 2041 | **Sodium: 140** [JW] |

**ED Course User Index**
[CB] Bancroft, Conner, MD
[JW] Wright, Jamie L, MD
[KJ] Jeffrey, Kayleigh, DO

**DR. JAMIE WRIGHT ATTENDING ATTESTATION:**
I saw and examined patient independently of the resident/midlevel. I agree with their history and physical exam. I agree with and helped guide the plan/disposition.
Labs and imaging were reviewed personally, if obtained.
45-year-old prisoner who presented after seizure-like activity. Does have a history of seizures and is supposed to be on Keppra and Vimpat. Loaded with Keppra prior to sending to our facility. Reportedly had a head injury 3 to 4 days ago after being assaulted, and has had increased seizure since then. CT head reassuring today however. He had a somewhat prolonged ED stay due to multiple problems obtaining his CMP, but eventually able to obtain a reliable specimen which was reassuring. Ok to dc back to jail with instructions to continue his prescriptions for vimpat and keppra.

**Medical Decision Making**
Differential includes, but is not limited to, breakthrough seizure, medication noncompliance, PNES, etc. I have a high suspicion that patient could be suffering breakthrough seizure secondary to recent head trauma as this can lower the seizure threshold. Keppra level found to be within normal limits, so he was not reloaded with Keppra. He did receive 50 mg IV Vimpat as this lab is a send out, so it is unclear if he is taking this medication or not. No obvious signs of trauma but patient did state he struck his head so CT of the head was obtained.

Problems Addressed:
Breakthrough seizure (HCC): acute illness or injury

Amount and/or Complexity of Data Reviewed